### Commonwealth *v.* Howard, Appellant.

Argued March 18, 1971. *David E. Auerbach,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph*

*B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.